**UNITED STATED DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED

2003 NOV 13  P 12: 45

US DISTRICT COURT

| | |
|---|---|
| PETER YOUMANS, | : CIVIL ACTION NO. |
| | : 3:02CV00006 (SRU) |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : |
| HIGHMARK LIFE INSURANCE COMPANY, | : NOVEMBER 12, 2003 |
| | : |
| Defendant. | : |

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AT BRIDGEPORT

Please enter my appearance as attorney for the plaintiff, **PETER YOUMANS**, in the above-entitled action.

Dated at West Hartford, Connecticut on this 12th day of November, 2003.

PLAINTIFF,
PETER YOUMANS

By_____
Kerry M. Wisser, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct01205

## **CERTIFICATION**

    This is to certify that on the 12th day of November, 2003, a copy of the foregoing Appearance was served upon:

Janet M. Helmke, Esquire
Edwards & Angell, LLP
90 State House Square, 9th Floor
Hartford, CT 06103-3702

_____
Kerry M. Wisser

WCLIENTS\YOUMANS\APPEAR - KMW\PAB