S-10  02cv6mins  HONORABLE Stefan Underhill

TOTAL TIME: ___ hours ___ minutes

DATE 11-13-03  START TIME 12:05  END TIME ___
LUNCH RECESS FROM ___ TO ___
RECESS FROM 12:15 TO 2:10 (if more than 1/2 hour)

CIVIL NO. 3:02cv6 SRU

Youmans
vs.
Highmark Life Ins

Kerry Wisser
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Janet Helmke
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrg.) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #12 Motion PHF To Set Aside Judgment of Dismissal — ☐ granted ☐ denied ☑ advisement

☑ ......... Parties to report back by 12-1-03