# United States District Court

**DISTRICT OF** _____

**EXHIBIT AND WITNESS LIST**

Youmans
v.
Highmark Life Ins.

CASE NUMBER: 3:02cv6 SRU

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Kerry Wisser | Janet Helmke |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 11-13-03 | Sue Catucci | A. Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Richard Weinstein, West Hartford, Ct, Sworn + Test |
| 1 | | 11-13-03 | | ✓ | Letter Weinstein/Stalworth    11-6-01 |
| 2 | | " | | ✓ | Letter Stalworth/Youmans    4-2-02 |
| 3 | | " | | ✓ | Letter Helmke/Weinstein    10-3-02 |
| 4 | | " | | ✓ | Letter Stalworth/Youmans    8-15-01 |
| 5 | | " | | ✓ | Policy - Trans General Life Ins Co. |
| | A | " | | ✓ | Cover letter/Spreadsheet    3-13-02 |
| | | " | | | Robert Easton, Torrington, Ct, Sworn + Test |
| | | " | | | Laurie Roth, Pittsburg, PA, Sworn + Test |
| | B | " | | ✓ | Letter Human Resources - Stalworth    3-4-02 |
| 6 | | " | | ✓ | Settlement Agreement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages