**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 1, 2004

Kerry Wisser, Esq.
Weinstein & Wisser
29 S. Main Street, Suite 207
West Hartford, CT 06107

       Re: Case Name: Youmans v Highmark Life Ins Co
           Number: 3:02cv6 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    1,2,3,4,5

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

           Sincerely,

           Kevin F. Rowe, Clerk

           BY /s/   Alice Montz
               Alice Montz
               Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____