**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 1, 2004

Janet Marie Helmke, Esq.
Edwards & Angell
90 State House Square, 9th Floor
Hartford, CT 06103

   Re: Case Name: Youmans v Highmark Life Ins Co
      Number: 3:02cv6 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

  Defendant's A & B

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

          Sincerely,

          Kevin F. Rowe, Clerk

         BY /s/ Alice Montz
           Alice Montz
           Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____