**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**FILED**

2004 DEC -3  A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 1, 2004

Kerry Wisser, Esq.
Weinstein & Wisser
29 S. Main Street, Suite 207
West Hartford, CT 06107

    Re: Case Name: Youmans v Highmark Life Ins Co
        Number: 3:02cv6 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    1,2,3,4,5

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

        BY _[signature]_
        Alice Montz
        Deputy Clerk

ACKNOWLEDGMENT: _[signature]_   DATE: 12-2-04