**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

FILED
2004 DEC -8  A 11: 59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 1, 2004

Janet Marie Helmke, Esq.
Edwards & Angell
90 State House Square, 9th Floor
Hartford, CT 06103

      Re: Case Name: Youmans v Highmark Life Ins Co
          Number: 3:02cv6 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Defendant's A & B

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                Sincerely,

                Kevin F. Rowe, Clerk

                BY *[signature]*
                   Alice Montz
                   Deputy Clerk

ACKNOWLEDGMENT: *[signature]* DATE: 12-7-04